**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Annamarie PERRETTA-ROSEPINK,**
**Petitioner**

**No. 194 MAL 2015**

Supreme Court of Pennsylvania.

DECIDED: February 9, 2017

### ORDER

PER CURIAM

**AND NOW,** this 9th day of February, 2017, issue b. set forth in the Petition for Allowance of Appeal is **GRANTED.** The Order of the Superior Court regarding this issue is **VACATED** and this matter is **REMANDED** to the Superior Court to reconsider its decision in light of Common-

wealth v. Veon, 150 A.3d. 435 (Pa. 2016) (69 and 70 MAP 2015).

Justice Mundy did not participate in the consideration or decision of this matter.

■

**IN the INTEREST OF:**
**Z.E.W.-C., a Minor**

**Petition of: S.T.C., Father**

**No. 28 EAL 2017**

Supreme Court of Pennsylvania.

February 9, 2017

### ORDER

PER CURIAM

**AND NOW,** this 9th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**